

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRUCE ROBERSON | * | CIVIL ACTION NO. 02-870 |
| | * | |
| VERSUS | * | SECTION "K" |
| | * | |
| GLAXO SMITHKLINE and WALGREEN, | * | MAGISTRATE "5" |
| LOUISIANA COMPANY, INC. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ANSWER TO FIRST SUPPLEMENTAL AND AMENDING PETITION

**NOW INTO COURT,** through undersigned counsel, comes defendant, Walgreen Louisiana Company, Inc., who respectfully answers the First Supplemental and Amending Petition for Damages of plaintiff, Bruce Roberson, as follows:

1.

The allegations contained in Paragraphs 1 through 25 of plaintiff's First Supplemental and Amending Petition for Damages are denied for lack of sufficient information to justify a belief herein.

2.

Defendant reavers and realleges all defenses previously asserted in its original Answer as if copied in extenso.

**WHEREFORE,** defendant prays that there be judgment herein in its favor after due and deliberate proceedings had, with all costs and attorney's fees incurred in defending this litigation assessed against plaintiff. Defendant also prays for a trial by jury and any other general or equitable relief which this Honorable Court may deem appropriate.



Respectfully submitted,

THE TRUITT LAW FIRM
A Limited Liability Company

_____
JACK E. TRUITT, BAR NO. 18476, T.A.
251 Highway 21
Madisonville, Louisiana 70447
Telephone: (985) 792-1062
Facsimile: (985) 792-1065
Email: mail@truittlaw.com
Counsel for Walgreen Louisiana Company, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been duly served on all counsel

of record by depositing same into the U.S. Mail, postage pre-paid, this March 27, 2002, or by any

other means authorized by law.

_____