

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 APR 17 PM 3: 01

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRUCE ROBERSON** | **CIVIL ACTION NO. 02-870** |
| **VERSUS** | **SECTION "K"** |
| **GLAXOSMITHKLINE PLC, *et al.*** | **MAGISTRATE 5** |

### MOTION FOR EXPEDITED HEARING
### ON PLAINTIFF'S MOTION TO REMAND

**NOW INTO COURT**, comes Bruce Roberson ("plaintiff"), by and through undersigned counsel, and respectfully requests this Honorable Court grant expedited consideration on Plaintiff's Motion to Remand filed contemporaneously herewith, to wit:

1.

Plaintiff filed with the Court a motion to remand in response to the notice of removal filed by defendants in the above captioned case. This action was improvidently removed to this Court because plaintiff properly alleged state law claims against a Louisiana resident. Because it is expected that the defendants will seek to have this case transferred to the Judicial Panel for Multidistrict Litigation and unduly delay a case over which the Federal Courts do not have jurisdiction. It is of utmost importance that this case be expeditiously remanded to the Civil District Court for the Parish of Orleans.

K:\OFFICE\PPA\REMANDS\1038MOTI.EXP

DATE OF ENTRY
APR 3 0 2002



**2.**

Plaintiff has been advised that defendants may have filed notices or pleadings with the Judicial Panel on Multidistrict Litigation.   Rule 1.5 of the Rules for Multidistrict Litigation expressly provides that:

> the pendency of a conditional transfer order does not in any way I) suspend orders and pretrial proceedings in the district court in which the action that is the subject of the conditional transfer order is pending, or ii) limit the pretrial jurisdiction of that court; and . . . those court wishing to address such motions have adequate time which to do so.

This court retains jurisdiction to conduct all pretrial proceedings despite any pending motions to transfer. *Mosley et al. v. Bayer Corp., et al.*, No. 01-3479 (Lemelle, J., E.D. La. January 18, 2002).   For purposes of judicial economy, the jurisdictional issue should be resolved immediately for if federal jurisdiction does not exist, the case can be remanded before federal resources are further expended. *Id.* Also see *McGrew v. Schering-Plough Corp.*, No. 01-2311, 2001 U.S. Dist, LEXIS 12205 at 7 (D. Kan. Aug 6, 2001).

**3.**

Should this case remain in Federal Court before the motion to remand is decided, the case will be transferred to the MDL panel where another court will decide whether this Court retains jurisdiction. This case's transfer will result in a waste of judicial economy and improper jurisdiction over a matter that should remain in state court.   As such, plaintiff requests expedited consideration on her motion to remand.

**WHEREFORE**, plaintiff respectfully moved for an order granting expedited consideration on plaintiff's motion to remand.

Respectfully submitted:

Stuart H. Smith (#17805)
Michael G. Stag (#23314)
Raphael Juneau, Jr. (#26947)
PPA Litigation Group, L. L. C.
ONE CANAL PLACE
365 Canal Street, Suite 2850
New Orleans, LA 70130
(504) 593-9600
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this _____ day of April, 2002, served a copy of the foregoing by mailing same by United States mail, first class postage prepaid and properly addressed, to the following:

James B. Irwin, Esq.
Kim E. Moore, Esq.
Stephanie L. Irwin, Esq.
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
**Attorneys for GlaxoSmithKline plc**

MICHAEL G. STAG

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

BRUCE ROBERSON                                    CIVIL ACTION NO.  02-870

VERSUS                                            SECTION "K"

GLAXOSMITHKLINE PLC, *et al.*                     MAGISTRATE 5

<u>ORDER</u>

CONSIDERING THE FOREGOING;

IT IS HEREBY ORDERED that the *Plaintiff's Motion to Remand* is set for hearing

on the _____ day of _____, 2002 at _____ a.m.

Signed  this 29th day of April , 2002.

_____
U.S. DISTRICT COURT JUDGE

Denied. See order dated April 29, 2002.

k.\office\ppa\remands\1038order.wpd